UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
DEBORAH A. FUSCO                     ORDER OF DISMISSAL FOR
                                               LACK OF PROSECUTION
    -against-                           CV-03-4067 (DRH)

DUN & BRADSTREET, INC.
------------------------------------------------------X

       The case having been filed on August 19, 2003 and the summons returned executed on September 3, 2003 and the Court having sent two requests for a written status report on November 16, 2003 and July 29, 2005, and no activity having taken place since that date,

       IT IS HEREBY ORDERED that the case be dismissed without prejudice for lack of prosecution, pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure.

       The clerk is directed to close this case without prejudice .


       SO ORDERED.


                                                                                            /s/
                                             DENIS R. HURLEY
                                       UNITED STATES DISTRICT JUDGE


Dated: Central Islip. New York
          January 31, 2006